**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6451**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CALEB MALIK BATCHELOR,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:20-cr-00541-D-1)

Submitted:  September 25, 2025                Decided:  September 30, 2025

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Caleb Malik Batchelor, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Caleb Malik Batchelor appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Batchelor*, No. 5:20-cr-00541-D-1 (E.D.N.C. May 13, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
